covery, sought by this bill, in aid of the defence at law. And for that reason, the injunction restraining him from proceeding in the suit at law until he should have an wered this bill, and made the discovery called for therein, should not have been granted.

The order appealed from is erroneous and must be reversed. And the injunction must be dissolved with costs.

## Matter of Fowler, a lunatic.

The petition for a commission of lunacy against a non-resident, must show that the alleged lunatic is the owner of property situated in this state. It is not sufficient to state that fact in the affidavits annexed to the petition.

A PETITION was presented praying for a commission in the nature of a writ *de lunatico inquirendo.* The alleged lunatic formerly resided in Westchester county, but was now a resident in the state of Ohio. The petition did not set forth that he had any property in this state; although that fact was sworn to in the affidavits annexed to the petition.

*A. Nash,* for the petitioner.

The CHANCELLOR said the court had no jurisdiction to issue a commission, unless the alleged lunatic resided here, or was the owner of property in this state. And that in case of his non-residence, the fact of his owning property here must be stated in the petition. It was not sufficient to set it forth in the affidavits.

Application denied.